HONORABLE STANLEY A. BASTIAN

TONI MEACHAM, #35068
Attorney at Law
1420 Scooteney Rd
Connell, WA 99326
(509) 488-3289

NICHOLAS POWER, #45974
The Law Office of Nicholas Power, PLLC
3660 Beaverton Valley Rd.
Friday Harbor, WA 98250
(360) 298-0464
Attorneys for Plaintiffs

**IN UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| WADE and TERESA KING; d/b/a KING RANCH,<br><br>Plaintiffs,<br><br>v.<br><br>HILARY FRANZ, in both her official, individual, and supervisory capacity as Commissioner of Public Lands, STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES ("DNR"); TODD WELKER, Deputy Supervisor of State Uplands for DNR, in his | Cause No. 2:24-cv-00428-SAB<br><br>**JOINT STATUS REPORT** |



**Toni Meacham**
Attorney at Law
1420 Scooteney Rd
Connell, WA 99326
(509) 488-3289

official, individual, and supervisory capacity; RHETTA CYPERT, Southeast Region Agriculture Program Manager for DNR, in her official, individual, and supervisory capacity; LAURA WATSON, in her official, individual, and supervisory capacity as Director, STATE OF WASHINGTON DEPARTMENT OF ECOLOGY ("Ecology"); JEREMY SIKES, in both his official, individual, and supervisory capacity as Investigator and Section Manager, Eastern Regional Office for Ecology;

Defendant.

---

The parties, through their counsel of record, submit this Joint Status Report to the Court:

Consistent with the parties' prior Joint Status Report and the current posture of the case, which remains stayed pursuant to ECF 19 filed May 1, 2026, the parties submit this Joint Status Report.

I. Case Overview.

A. Plaintiffs' case summary. The Kings filed their Section 1983 Complaint on December 20, 2024. The Complaint was amended in March 2025, and Defendants filed their Answer on April 8, 2025. This matter has been stayed by stipulation since April 2025. The first stay was filed on April 11, 2025, at ECF 9, and the Court entered the corresponding order on April 15, 2025, at ECF 10. The stay was later extended under ECF 12, ECF 14, ECF 18, and



**Toni Meacham**
Attorney at Law
1420 Scooteney Rd
Connell, WA 99326
(509) 488-3289

ECF 20. Plaintiffs believe the current stay, which allows the related state-court matters to proceed and conclude, is the most effective and efficient use of the Court's time. The state-court matters should be resolved before this federal case proceeds.

B. Defendants' case summary. Defendants answered Plaintiffs' Complaint on April 8, 2025, denying the allegations, asserting several affirmative defense.

C. Prior Joint Status Report and case scheduling. The parties requested, and the Court granted, several stays to allow them to explore, evaluate, and exhaust possible mediation. During that period, the parties met with the mediator approximately weekly and remained hopeful that mediation could produce a global resolution. Mediation proved unsuccessful. The mediator remains informally available if either party wishes to resume settlement discussions.

The state-court litigation has been scheduled and includes multiple motions and discovery. The parties in this federal matter overlap with those in the state-court matter, and the state-court proceedings will likely affect this case. A continued stay of this matter serves the interests of judicial economy and efficiency.

The parties anticipate needing an additional extension of the stay. They will submit another Joint Status Report by the Court's deadline, or will notify the Court within 10 days after any or all parties determine that continuing the stay is no longer warranted and provide written notice of that determination to the other parties, whichever occurs first.

DATED this 23rd day of July, 2026.



**Toni Meacham**
Attorney at Law
1420 Scooteney Rd
Connell, WA 99326
(509) 488-3289

s/ ___electronic approval___

CARL P. WARRING, WSBA No. 27164

SCOTT A. FLAGE, WSBA No. 43183

Attorneys for Defendants

THE LAW OFFICE OF NICHOLAS POWER, PLLC

s/ Nicholas Power

NICHOLAS POWER, WSBA No. 45974

Attorneys for Plaintiffs

TONI MEACHAM, ATTORNEY AT LAW

s/ Toni Meacham

TONI MEACHAM, WSBA No. 35068

Attorneys for Plaintiffs



**Toni Meacham**
Attorney at Law
1420 Scooteney Rd
Connell, WA 99326
(509) 488-3289

CERTIFICATE OF SERVICE

I hereby certify that on this 23[r] day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James Pierson Grifo: jgrifo@cairncross.com

Nicholas E Power: nickedpower@gmail.com

Carl P. Warring: CWarring@ecl-law.com

Scott A. Flage: sflage@ecl-law.com

s/ Toni Meacham

TONI MEACHAM, WSBA #35068

Attorney at Law

1420 Scooteney Rd

Connell, WA 99326

(509) 488-3289

ToniPierson@Rocketmail.com

Attorney for Plaintiffs



**Toni Meacham**
Attorney at Law
1420 Scooteney Rd
Connell, WA 99326
(509) 488-3289