FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WADE and TERESA KING, d/b/a KING RANCH,<br>Plaintiffs,<br>v.<br>HILARY FRANZ, in both her official, individual, and supervisory capacity as Commissioner of Public Lands, STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES; et. al.,<br>Defendants. | No. 2:24-CV-00428-SAB<br><br>**ORDER EXTENDING STAY** |

Before the Court is the Parties' Status Report, ECF No. 25. Plaintiffs are represented by Duncan M. Greene, James P. Grifo, and Toni Meacham. Defendants are represented by Carl P. Warring and Scott A. Flage.

The parties request the Court extend the stay of proceedings in this matter due to related state court litigation. Good cause exists to grant the request.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned matter remains **STAYED** pending further order of the Court.

2. The status conference set for October 15, 2026, is **STRICKEN and RESET** to **January 28, 2027,** at **10:00 a.m.** by videoconference. Counsel will be

provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

3. The parties shall file a Joint Status Report **on or before January 14, 2027.**

**IT IS SO ORDERED**. The Clerk of Court is hereby directed to file this Order and provide copies to counsel.

**DATED** this 9th day of October 2026.

Stan Bastian
Chief United States District Judge